**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GUSTAVO PEREIRA,

      Plaintiff,                              CASE NO.: 1:26-cv-24669-BB

v.

BAPTIST HEALTH SOUTH FLORIDA, INC.,

      Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, GUSTAVO PEREIRA ("Plaintiff"), by and through his undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's Order dated July 8, 2026 [D.E. 4]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. **Gustavo Pereira,** *Plaintiff*
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

   b. **Baptist Health South Florida, Inc.,** *Defendant*
      **c/o Littler Mendelson, P.C.**
      **100 S.E. 2nd Street, Suite 4300**
      **Miami, FL 33126**

   c. **Nicolas A. Yoda, Esq.**
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

    d. **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    e. **Rocio Blanco Garcia, Esq.**
       **c/o Littler Mendelson, P.C.**
       **100 S.E. 2nd Street, Suite 4300**
       **Miami, FL 33126**

    f. **Littler Mendelson, P.C.**
       **100 S.E. 2nd Street, Suite 4300**
       **Miami, FL 33126**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Gustavo Pereira,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

[THIS SPACE INTENTIONALLY LEFT BLANK]

2

Dated this 28th day of July, 2026.

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Nicolas A. Yoda
Nicolas A. Yoda, Esq.
Florida Bar No. 1015597
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
nicolasy@dereksmithlaw.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 28, 2026, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Nicolas A. Yoda
Nicolas A. Yoda, Esq.

## SERVICE LIST

**LITTLER MENDELSON, P.C.**
100 S.E. 2nd Street, Suite 4300
Miami, FL 33126
Tel: (305) 400-7500

Rocio Blanco Garcia
Florida Bar No. 99304
rblancogarcia@littler.com

*Counsel for Defendant*